AO 91 (Rev. 11/11) Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
06/24/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
June 24, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KC DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| JOEL FELIX-DOMINGUEZ, | ) Case No. 5:21-mj-00445 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **April 21, 2021** in the county of **Riverside** in the **Central** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), and (b)(2) | Illegal Re-entry of a Deported or Removed Alien |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/S/
Complainant's signature

Deportation Officer, Carlos Martinez
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 24, 2021

Judge's signature

City and state: Riverside, CA

Hon. Sheri Pym, U.S. Magistrate Judge
Printed name and title

AUSA: Ryan Mansell x61474

**AFFIDAVIT**

I, Carlos Martinez Jr., being duly sworn, declare and state as follows:

## I.   INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since September 2006. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience with removal proceedings, reviewing immigration files, and executing final orders of removal.

## II. **PURPOSE OF AFFIDAVIT**

2. This affidavit is made in support of a criminal complaint charging JOEL FELIX-DOMINGUEZ, also known as "Joel Felix," ("FELIX-DOMINGUEZ"), with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

4.     On April 27, 2021, as part of my routine database checks, I learned that, on or about April 21, 2021, Riverside County law enforcement officers arrested FELIX-DOMINGUEZ for the offense of Obstruct Public Officer, in violation of California Penal Code Section 148(a)(1).  FELIX-DOMINGUEZ was cited and released the same day.

5.     On May 4, 2021, I obtained and reviewed the DHS A-File A087 540 975, which is maintained for the subject alien "JOEL FELIX-DOMINGUEZ."  Based on my training and experience, I know that DHS maintains Alien Registration Files ("A-Files"), which contain immigration records for aliens admitted to or found within the United States.  Based on my review of many such A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6.     The A-File contained the following documents and information:

       a.    Photographs of the subject alien to whom DHS A-File A087 540 975 corresponds.  I compared those photographs to photographs taken of FELIX-DOMINGUEZ at the time of his booking into the Riverside County Jail on or about April 21, 2021.  I determined that the photographs in DHS A-file A087 540 975 depict FELIX-DOMINGUEZ.

       b.    A Removal Order showing that FELIX-DOMINGUEZ was ordered removed from the United States to Mexico on March 2, 2010.

    c. Executed I-205 Warrants of Removal/Deportation indicating that FELIX-DOMINGUEZ was officially removed and deported from the United States on September 9, 2010 and March 14, 2016.  I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed I-205 Warrants of Removal/Deportation in FELIX-DOMINGUEZ's DHS A-File contains his photograph, signature, and fingerprint.

    d. A certified copy of a conviction record, from the Superior Court of the State of Arizona, County of Maricopa, case number CR2008-006915-001 DT, showing that FELIX-DOMINGUEZ was convicted on or about July 27, 2009, of Possession of Marijuana for Sale, in violation of Arizona Revised Statutes 13-3401, 13-3405, 14-3418, 13-301, 13-302, 13-303, 13-304, 13-701, 13-702, 13-702.1, 13-801, for which FELIX-DOMINGUEZ was sentenced to two years and six months in prison.

    e. A certified copy of a conviction record, from the United States District Court, District of Arizona, case number 14-CR-01094-001-PHX-GMS, showing that FELIX-DOMINGUEZ was convicted, on or about December 21, 2015, of Re-Entry of Removed Alien, in violation of Title 8, United States Code, Section 1326(a), for which FELIX-DOMINGUEZ was sentenced to 24 months in prison.

    f. Various documents, in addition to the Warrants of Removal/Deportation, indicating that FELIX-DOMINGUEZ is a native

and citizen of Mexico.  These documents include: (i) a Final Order of Deportation, dated March 2, 2010, ordering FELIX-DOMINGUEZ deported to Mexico; (ii) Record of Sworn Statement for Reinstatement dated June 13, 2014 in which FELIX-DOMINGUEZ admitted that he is a citizen and native of Mexico.

7.   On or about May 4, 2021, I reviewed the printouts of the Criminal Identification Index ("CII").  Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number.  The CII printouts confirmed that FELIX-DOMINGUEZ had been convicted of the crimes reflected on the documents contained in the DHS A-File, described above.

8.   On or about May 4, 2021, I reviewed the printouts of ICE computer indices on FELIX-DOMINGUEZ.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, or the former INS, or is granted permission to enter or re-enter the United States.  The ICE computer indices confirmed that FELIX-DOMINGUEZ had been deported on the dates indicated on the Warrants of Removal/Deportation found in the DHS A-File. The ICE computer indices further indicated that FELIX-DOMINGUEZ had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since FELIX-DOMINGUEZ had last been deported.

9.   Based on my review of FELIX-DOMINGUEZ's DHS A-File, I have determined that his A-File does not contain any record of

him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

## IV. CONCLUSION

10. Based on the foregoing, I submit that there is probable cause to believe that FELIX-DOMINGUEZ has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 24th day of
June, 2021.

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE